UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-23753-Civ-COOKE/WHITE
(08-20006-Cr-COOKE)

FRANK TOWNSLEY,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2255 Cases in the United States District Courts, and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 3). On October 1, 2012, Judge White issued a Report of Magistrate Judge (ECF No. 44) recommending that (i) Frank Townsley's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1) be dismissed as time-barred as required by 28 U.S.C. §2255(f)(1), and (ii) a certificate of appealability be denied.

Movant Frank Townsley did file objections to the Report of Magistrate Judge (ECF 45, 49).[1] I have considered Judge White's Report, and have made a *de novo* review of the record. I find Judge White's Report clear, cogent, and compelling.

It is **ORDERED and ADJUDGED** that Judge White's Report (ECF No. 44) with respect to the merits of the case is **AFFIRMED and ADOPTED**. Accordingly, the Motion to Vacate Sentence (ECF No. 1) is **DENIED**. The Clerk is directed to **CLOSE** this case.

It is **FURTHER ORDERED and ADJUDGED** that Petitioner has not demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional

---

[1] On October 8, 2012, the Movant filed a letter to his attorney captioned "Issues Need Addressing" (ECF 47), and I have considered the letter as a supplement to the objections filed.

claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability). Accordingly, this Court **DENIES** a Certificate of Appealability in this case.

      **DONE and ORDERED** in chambers, at Miami, Florida, this 3rd day of February 2015.

                                              */s/ Marcia G. Cooke*
                                      MARCIA G. COOKE
                                      United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Frank Townsley*, pro se
*Counsel of record*